# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1286
_____

United States of America

*Plaintiff - Appellee*

v.

Kevin Lamont Brewer

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: July 8, 2021
Filed: July 13, 2021
[Unpublished]

_____

Before SHEPHERD, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Kevin Brewer appeals the district court's[1] order denying his petition for a certificate of innocence under 28 U.S.C. § 2513. Our review of the record satisfies us that the district court did not abuse its discretion. *See United States v. Racing Servs., Inc.*, 580 F.3d 710, 713 (8th Cir. 2009) (standard of review). Brewer's conduct underlying his 18 U.S.C. § 2250(a) conviction, which was ultimately vacated pursuant to proceedings under 28 U.S.C. § 2255, *see United States v. Brewer*, 766 F.3d 884, 886-92 (8th Cir. 2014), constituted a violation of state law, *see United States v. Brewer*, 628 F.3d 975, 977-78 (8th Cir. 2010); *see also United States v. Mills*, 773 F.3d 563, 566-67 (4th Cir. 2014) (The plain language of § 2513(a) places the burden on petitioner to "allege and prove" predicates entitling him to relief, including that acts underlying vacated conviction constitute no federal or state crime.). The judgment is affirmed. *See* 8th Cir. R. 47B.

————————————————

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the Report and Recommendation of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.